# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 20-CV-61221-RKA

**Plaintiff:**
**Jean Phanor**

vs.

**Defendant:**
**Credit Bureau Collection Services, Inc. d/b/a CBCS and West Boca Medical Center, Inc.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@jibraellaw & tom@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 30th day of June, 2020 at 5:15 pm to be served on **West Boca Medical Center, Inc. c/o CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, Francisco X. Carreras, do hereby affirm that on the **1st day of July, 2020** at **12:15 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Complaint and Demand for Jury Trial/ Injunctive Relief Sought, Exhibit** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 S Pine Island Road, Plantation, FL 33324** on behalf of **West Boca Medical Center, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

**Francisco X. Carreras**
#582

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2020001562

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ABP# _____
DATE 7/1/20  TIME 12 p
Name _____ Nelson _____ Badge/ID# ___
*** scan back executed ***

| | |
|---|---|
| JEAN PHANOR | )<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 20-CV-61221-RKA |
| CREDIT BUREAU COLLECTION SERVICES, INC.<br>d/b/a CBCS, and WEST BOCA MEDICAL CENTER,<br>INC. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WEST BOCA MEDICAL CENTER, INC.
CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jibrael S. Hindi, Esq.
E-mail: jibrael@jibraellaw.com
Phone: 954-907-1163
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, Suite 1700
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___06/22/2020___

Angela E. Noble
Clerk of Court

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts