## RETURN OF SERVICE

**State of Florida**          County of          **United States Southern District Court**

Case Number: 20-CV-61221-RKA

Plaintiff:
**Jean Phanor**

vs.

Defendant:
**Credit Bureau Collection Services, Inc. d/b/a CBCS and West Boca Medical Center, Inc.**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@jibraellaw & tom@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by ALL BROWARD PROCESS CORP. on the 1st day of July, 2020 at 9:43 am to be served on **Credit Bureau Collection Services, Inc. c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **2nd day of July, 2020** at **8:05 am**, I:

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Complaint and Demand for Jury Trial/ Injunctive Relief Sought, Exhibit** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of Credit Bureau Collection Services, Inc. c/o Corporation Service Company at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 150, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

ALL BROWARD PROCESS CORP.
**701 NORTH FIG TREE LANE
PLANTATION, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2020001561
Ref: 2020001561

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Date 7/2/20 Time 8:05

a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

JEAN PHANOR )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 20-CV-61221-RKA
)
CREDIT BUREAU COLLECTION SERVICES, INC. )
d/b/a CBCS, and WEST BOCA MEDICAL CENTER, )
INC. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CREDIT BUREAU COLLECTION SERVICES, INC.
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jibrael S. Hindi, Esq.
E-mail: jibrael@jibraellaw.com
Phone: 954-907-1163
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, Suite 1700
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/22/2020

**SUMMONS**

Angela E. Noble
Clerk of Court

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts